UNITED STATES BANKRUPTCY COURT

FOR THE

WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 17-33085 |
| THEODIS FALLS | ) | CHAPTER THIRTEEN |
| MARGARET A. FALLS | ) | |
| | ) | |
| | ) | |
| | ) | |
| DEBTOR(S) | ) | |

**ORDER**

Motion having been made, and the Court being sufficiently advised,

IT IS ORDERED THAT the debtors' plan is modified to a plan with payments to the trustee increased to $380 per month for the balance of the debtors' plan and with the percentage of allowed unsecured claims to be paid decreased to 0% per cent from 2% per cent which is currently confirmed, and

IT IS FURTHER ORDERED THAT the two show cause hearings scheduled in this case at 9:00 am on August 27, 2018 shall be removed from the Court's docket.

Thomas H. Fulton
United States Bankruptcy Judge
Dated: August 24, 2018

Tendered by:
Robert J. Morrison, Attorney for the Debtor
410 W. Chestnut Street, Suite 609
Louisville, KY 40202    502-587-0304